COURTROOM DEPUTY'S MINUTES                           MIDDLE DISTRICT OF ALABAMA
---

☑ INITIAL APPEARANCE                                  DATE: August 28, 2006
❒ BOND HEARING
❒ DETENTION HEARING                                   Digital Recording 4:05 - 4:11
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj79-SRW                    **DEFENDANT NAME:** Santo Coleman

**AUSA:** Terry Moorer                       **DEFT. ATTY:** Joe Reed

                                             Type Counsel: (☑) Retained; ( ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Sandra Wood

**Interpreter needed:** (☑) NO; ( ) YES   Name:

---

| | |
|---|---|
| ☑ | Date of Arrest August 28, 2006 or ❒ Arrest Rule 40 |
| ☑ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| ❒ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❒ | ORAL ORDER appointing Federal Defender- Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ☑ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ☑ Government's WRITTEN Motion for Detention Hrg. filed |
| ☑ | Detention Hearing/Preliminary Examination set for 9/1/06 @ 2:00 p.m. |
| ❒ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❒ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed. Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial.    CRIMINAL TERM: |
| ☑ | NOTICE to retained Criminal Defense Attorney handed to counsel |