# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 9-1-2006

DIGITAL RECORDING: 2:01 - 3:33 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☒ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☒ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Walker        DEPUTY CLERK: sql

CASE NO.: 2:06mj79-SRW              DEFT. NAME: Santo COLEMAN

USA: ~~Snyder~~ Morris                ATTY: Joe Reed
Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

(USPTSO)/USPO: Wood

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES NAME: _____

- ☐ kars. — Date of Arrest _____ or ☐ karsr40
- ☐ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl. — Deft. First Appearance with Counsel
- ☐ — Deft. First Appearance without Counsel
- ☐ — Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted — ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☒ kdmhrg. — **Detention Hearing** ☒ held; ☐ set for _____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☒ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
  - ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☒ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☒ — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr. — ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
  - ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
  - DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — **Waiver of Speedy Trial Act Rights Executed**

AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | PAGE NUMBER | |
|---|---|---|---|---|---|
| 09/01/2006 | 2:06mj79-SRW | S. Q. Long, Jr., Clerk | | 1 | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Joe Herman | Morris | Reed | Morris | Reed | Walker |
| Ed Nettles | Reed | — | — | — | " |
| Curtis Coleman | Reed | — | — | — | " |
| Jackie Coleman | Reed | — | — | — | " |
| Santo Coleman | Reed | Morris | — | — | " |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |