**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.2:06-mj-79-SRW |
| | ) | |
| SANTO COLEMAN | ) | |

## MOTION TO UNSEAL TERMS AND CONDITIONS OF RELEASE

NOW COMES the Defendant, Santo Coleman, through counsel, and pursuant to the First Amendment to the United States Constitution respectfully moves this Honorable Court to unseal co-defendant Alberto Villareal's terms and conditions of release. In support thereof, counsel states as follows:

1. The defendant Alberto Villareal is charged with violation 21 USCA 846 along with Santo Coleman and Harry E. Jones.

2. Villareal was arrested on August 9, 2006.

3. Villareal's terms and conditions of release are under seal, however his address remains public.

4. The sealing of Villareal's hearing regarding the terms and conditions of his release are contrary to the First Amendment's presumption of openness and public access to court documents. *Globe Newspaper Co. v. Superior Court for the County of Norfolk,* 457 U.S. 596, 603, 102 S.Ct. 2613, 73 L.Ed.2d 248 (1982); *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.,* 263 F.3d 1304, 1310 (11th Cir.2001); *U.S v. Ochoa Vasquez* 428 F.3d 1015 (11th Cir.2005).

5. There is no compelling reason to seal the terms and conditions of release and the minutes of Villareal's initial appearance and/or detention hearing.

Wherefore premises considered, the defendant prays that this court will unseal the terms and conditions of release and/or minutes from Villarreal's' initial appearance and detention hearings.

Done this 7th Day of September, 2006.

                                           Respectfully Submitted,

                                           /s/ Joe M. Reed
                                           Joe M. Reed
                                           Attorney for Defendant Coleman

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Terry Moorer, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic mail this 6th day of September, 2006.

                                         __/s/ Joe M. Reed_____
                                         Joe M. Reed