IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06mj79-SRW |
| | ) | |
| SANTO COLEMAN | ) | |

## **ORDER**

Upon consideration of defendant's motion to revoke (Doc. # 24), filed September 5, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.

DONE, this 6th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE