IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 SEP -7 P 1: 24

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No.2:06-Mj-79-SRW |
| ) | |
| SANTO COLEMAN ) | |

## NOTICE OF APPEAL OF ORDER OF DETENTION

NOW COMES the Defendant, Santo Coleman, through counsel, appeals the decision of the Magistrate Judge detaining him without bail prior to trial and pursuant to 18 U.S.C. § 3145(b), respectfully moves this Honorable Court to set aside the Magistrate Judge's Order of Detention. In support thereof, counsel states as follows:

1. The defendant incorporates by reference Doc.#24 Motion to Vacate Order of Detention and Motion to Reopen Detention Hearing.

Respectfully Submitted

/s/ Joe M. Reed
Joe M. Reed
Attorney for Defendant

Address of Counsel:

Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL 36104
334.834.2000
334.834.2088 fax

1

## Certificate of Service

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Terry Moorer, Assistant United States Attorney, P.O. Box 197, Montgomery, AL 36101 by electronic mail this 8th day of September, 2006.

/s/ Joe M. Reed
Joe M. Reed